**Order entered July 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01575-CV

### WILLIAM T. DICKSON, Appellant

### V.

### BNSF RAILWAY COMPANY AND FELLERS SNIDER BLANKENSHIP BAILEY & TIPPENS, P.C., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC 12-02048**

## ORDER

We **GRANT** appellee BNSF Railway Company's July 22, 2015 unopposed third motion for extension of time to file brief and **ORDER** the brief be filed no later than August 21, 2015.

No further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
       JUSTICE